GINIA, HARRISON COUNTY, ET AL. Sup. Ct. App. W. Va. Motions for leave to file briefs as *amici curiae* filed by the following were granted: National Insurance Crime Bureau et al.; Michael D. Riley, West Virginia Insurance Commissioner; West Virginia Mutual Insurance Co.; DRI-The Voice of the Defense Bar; National Association of Mutual Insurance Cos. et al.; American Tort Reform Assn.; and Washington Legal Foundation et al. Certiorari denied. 

No. 11–412. CITY OF MOUNDRIDGE, KANSAS, ET AL. *v.* EXXON MOBIL CORP. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition. 

No. 11–487. GOTTLIEB *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 11–493. McNEIL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari before judgment denied.

No. 11–6579. PANELLA *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 11–6974. CORTIJO *v.* RACETTE, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 11–7034. NIBLOCK *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 11–7049. BOBB *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 11–7057. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consid-

1074

eration or decision of this petition.

No. 10–1217. VAN AUKEN, TRUSTEE *v.* WIRTH ET AL., *ante,* p. 815;

No. 10–1325. VAN AUKEN, BENEFICIARY *v.* WIRTH ET AL., *ante,* p. 815;

No. 10–1336. CARROLL *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 817;

No. 10–1453. PLANEY *v.* PLANEY, *ante,* p. 822;

No. 10–1455. TAYLOR *v.* TAYLOR ET AL., *ante,* p. 822;

No. 10–1458. QUINONES *v.* NEIGHBORHOOD YOUTH & FAMILY SERVICES, INC., ET AL., *ante,* p. 822;

No. 10–1469. ABELL *v.* WILSON, *ante,* p. 823;

No. 10–1490. HOLBROOK *v.* CASTLE KEY INSURANCE CO., FKA ALLSTATE FLORIDIAN INSURANCE CO., ET AL., *ante,* p. 824;

No. 10–1547. DUFF ET UX. *v.* LEWIS, *ante,* p. 827;

No. 10–9509. LANG *v.* GUNDY, WARDEN, *ante,* p. 829;

No. 10–9996. WRIGHT *v.* BELL, WARDEN, *ante,* p. 830;

No. 10–10220. WINTERS *v.* UNITED STATES, *ante,* p. 831;

No. 10–10223. MOORE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL., *ante,* p. 831;

No. 10–10231. BERTOLA *v.* HARTLEY, WARDEN, *ante,* p. 831;

No. 10–10368. BATSHEVER *v.* JAFAR ET AL., *ante,* p. 835;

No. 10–10374. BUSH *v.* PHILADELPHIA POLICE DEPARTMENT ET AL., *ante,* p. 835;

No. 10–10397. EFFRON *v.* UNITED STATES, *ante,* p. 835;

No. 10–10412. SHEPARD *v.* UNITED STATES, *ante,* p. 836;

No. 10–10414. SMITH *v.* MICHIGAN, *ante,* p. 836;

No. 10–10416. PARTOVI *v.* GALOSKI ET AL., *ante,* p. 836;

No. 10–10501. JOLICOEUR-VASSEUR *v.* ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS ET AL., *ante,* p. 839;

No. 10–10565. PEREZ SALDANA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 840;

No. 10–10586. BUTLER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 841;